UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHILOH THERIAULT,

    Plaintiff,

vs.                               CASE NO. 8:14-CIV-1374-T-17-AEP

DANIEL STRATTON, et al.,

    Defendants.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

    This cause is before the Court on the report and recommendation (R&R) issued by Magistrate Judge Anthony E. Porcelli on July 2, 2014 (Doc. 12). The magistrate judge recommended that the Court deny the motion to proceed *in forma pauperis* and to dismiss the cause of action.

    Pursuant to Rule 6.02, Rules of the United States District Court for the Middle District of Florida, the parties had fourteen (14) days after service to file written objections to the proposed findings and recommendations, or be barred from attacking the factual findings on appeal. The *pro se* Plaintiff filed objections to the report and recommendation (Doc. 15).

## **STANDARD OF REVIEW**

When a party makes a timely and specific objection to a finding of fact in the report and recommendation, the district court should make a **de novo** review of the record with respect to that factual issue.  28 U.S.C. § 636(b)(1); **U.S. v. Raddatz**, 447 U.S. 667 (1980); **Jeffrey S. v. State Board of Education of State of Georgia**, 896 f.2d 507 (11th Cir. 1990).  However, when no timely and specific objections are filed, case law indicates that the court should review the findings using a clearly erroneous standard.  **Gropp v. United Airlines, Inc.,** 817 F.Supp. 1558, 1562 (M.D. Fla. 1993).

The Court has reviewed the report and recommendation and made an independent review of the record.  As stated by the magistrate judge: "Plaintiff's [amended] complaint, as currently proposed, is a rambling, unfocused litany of allegations against Defendants that fails to establish any cognizable cause of action."  The objections fail to persuade the Court that the report and recommendation should be rejected.  Upon due consideration, the Court concurs with the report and recommendation.  Accordingly, it is

**ORDERED** that the report and recommendation, July 2, 2014 (Doc. 12) be **adopted** and **incorporated by reference**;  the motion to proceed *in forma pauperis* is **denied**; the objections be **overruled** and this cause of action be dismissed.  The Clerk of Court is directed to close this case.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 22nd day of July, 2014.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record
Assigned Magistrate Judge